JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON GUMISIRIZA, | CASE NO. CV 19-8773-ODW (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID HOLBROOK, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 22, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Users\sheilaenglish\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\9MQ0YB1W\Judgment.wpd